IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| YVETTE TILLMAN HENLEY | : | CIVIL ACTION |
| | : | |
| v. | : | No. 21-2582 |
| | : | |
| TOWER HEALTH, et al. | : | |

## **ORDER**

AND NOW, this 3rd day of May, 2022, it is ORDERED an oral argument on Defendant's Motion to Dismiss (Document 15) will be held on May 11, 2022, at 3:30 p.m. in Courtroom 14B.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, C.J.